# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-1019** | **September Term, 2023** |
| | **STB-FD36284** |
| | **Filed On:** December 4, 2023 |

Eagle County, Colorado,

       Petitioner

    v.

Surface Transportation Board and United States of America,

       Respondents

------------------------------

Seven County Infrastructure Coalition and Uinta Basin Railway, LLC,
       Intervenors

------------------------------

Consolidated with 22-1020

      **BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of intervenor-respondents Seven County Infrastructure Coalition and Uinta Basin Railway, LLC's petition for rehearing en banc, the responses thereto, and the absence of a request by any member of the court for a vote, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                             BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk