# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1019**            **September Term, 2024**

**STB-FD36284**

**Filed On: July 3, 2025** [2123785]

Eagle County, Colorado,

      Petitioner

   v.

Surface Transportation Board and United
States of America,

      Respondents

------------------------------

Seven County Infrastructure Coalition and
Uinta Basin Railway, LLC,
               Intervenors

------------------------------

Consolidated with 22-1020

## O R D E R

It is **ORDERED**, on the court's own motion, that the court's mandate issued on December 12, 2023, be recalled.

The Surface Transportation Board is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                             BY:     /s/
                                         Michael C. McGrail
                                         Deputy Clerk