# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-1019**　　　　　　　　　　　**September Term, 2025**
FILED ON: OCTOBER 17, 2025

EAGLE COUNTY, COLORADO,
　　　　　PETITIONER

v.

SURFACE TRANSPORTATION BOARD AND UNITED STATES OF AMERICA,
　　　　　RESPONDENTS

SEVEN COUNTY INFRASTRUCTURE COALITION AND UINTA BASIN RAILWAY, LLC,
　　　　　INTERVENORS

---

Consolidated with 22-1020

On Remand from the Supreme Court of the United States

Before: MILLETT, PILLARD and WILKINS, *Circuit Judges*

## **J U D G M E N T**

Upon consideration of the motion for remand without vacatur, the response in support thereof, the responses in opposition thereto combined with cross-motions to reaffirm vacatur, the responses in opposition to the cross-motions, the replies, and the letter and responses thereto, it is

**ORDERED** that the motion for remand without vacatur be granted and the cross-motions to reaffirm vacatur be denied. It is

**FURTHER ORDERED** that in light of the Supreme Court's decision in *Seven County Infrastructure Coalition v. Eagle County, Colorado*, 145 S. Ct. 1497 (2025), these cases be remanded to the Surface Transportation Board for further proceedings consistent with the Supreme Court's opinion.

The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk